FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY ROSE and CATHERINE ROSE, and the marital community composed thereof,<br><br>      Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA, N.A., aka BANK OF AMERICA CORPORATION, a North Carolina Company; MTC FINANCIAL INC. dba TRUSTEE CORPS., a Washington licensed Corporation; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>      Defendants. | No. 2:16-cv-00122-SAB<br><br>**ORDER ENTERING STIPULATION OF DISMISSAL AND DISMISSING CLAIMS** |

   Before the Court is the parties' joint Stipulation of Dismissal, ECF No. 7. The parties attest that they have reached an agreement in the above matter and that Plaintiffs' claims should be dismissed with prejudice and without fees or costs to any party. The Court hereby **accepts** the stipulation, **enters** it into the record, and **closes** the case.

**ORDER ENTERING STIPULATION OF DIMISSAL . . . ^** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal, ECF No. 7, is accepted, and **entered** into the record.

2. Plaintiffs' claims are **dismissed with prejudice**. No party shall pay fees or costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** this 16th day of September, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION OF DIMISSAL . . . ^ 2**