# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY ROSE and CATHERINE ROSE, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., aka BANK OF AMERICA CORPORATION, a North Carolina Company; MTC FINANCIAL INC. dba TRUSTEE CORPS., a Washington licensed Corporation; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00122-SAB<br><br>**ORDER OF DISMISSAL OF DEFENDANT MTC FINANCIAL INC.** |

Before the Court is a joint stipulation filed by Plaintiffs and Defendant MTC Financial Inc., ECF No. 75. These parties stipulate that all of Plaintiffs' claims against Defendant MTC Financial Inc. be dismissed with prejudice and without an award of fees or costs. Pursuant to Fed. R. Civ. P. 41 the Court enters the stipulation and dismisses MTC Financial Inc. from this action.

**ORDER OF DISMISSAL OF DEFENDANT MTC. FINANCIAL INC. ^ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Joint Stipulation for Order of Dismissal, ECF No. 75, is **ACCEPTED** and **ENTERED** into the record.

2. All claims against MTC Financial Inc. are **DISMISSED WITH PREJUDICE**. There will be no award of attorneys' fees or costs.

3. Defendant MTC Financial Inc. is **DISMISSED** from this case.

4. MTC Financial Inc.'s Motion for Summary Judgment, ECF No. 41, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 14th day of August, 2017.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL OF DEFENDANT MTC. FINANCIAL INC. ^ 2**