# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY ROSE and CATHERINE ROSE, and the martial community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., aka BANK OF AMERICA CORPORATION, a North Carolina Company, MTC FINANCIAL INC. dba TRUSTEE CORPS, a Washington licensed Corporation; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00122-SAB<br><br>**ORDER DISMISSING CLAIMS AND CLOSING CASE** |

Before the Court is the parties' Stipulated Motion of Dismissal with Prejudice, ECF No. 80. Having settled this matter, Plaintiffs and Defendant Equifax Information Services, LLC,[1] request the Court dismiss this action with

---

[1] Defendant Equifax Information Services, LLC, is the sole remaining Defendant in this matter. All other name-Defendants have been dismissed from this case. ECF Nos. 9, 76.

**ORDER DISMISSING CLAIMS AND CLOSING CASE ^ 1**

prejudice, with each party to bear its own costs and attorneys' fees. The Court accepts the stipulation, enters it into the record, and closes the case.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion of Dismissal with Prejudice, ECF No. 80, is **GRANTED**.

2. Plaintiffs' claims against Defendant Equifax Information Services, LLC, are hereby **DISMISSED WITH PREJUDICE** and without an award of costs or fees to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the case.

**DATED** this 31st day of October 2017.



Stanley A. Bastian
United States District Judge